No. 23-1589

_____

**United States Court of Appeals
For the First Circuit**

_____

CANGREJEROS DE SANTURCE BASEBALL CLUB, LLC; SANTURCE MERCHANDISING LLC; THOMAS J. AXON,

Plaintiffs-Appellants,

v.

LIGA DE BÉISBOL PROFESIONAL DE PUERTO RICO, INC.; CRIOLLOS MANAGEMENT, INC.; RA12, INC.; INDIOS DE MAYAGÜEZ BASEBALL CLUB INC.; GIGANTES DE CAROLINA BASEBALL CLUB INC.; LEONES DE PONCE CF INC.; JUAN A. FLORES GALARZA, in his official and personal capacity; IMPULSE SPORTS ENTERTAINMENT CORPORATION,

Defendants-Appellees,

CONJUGAL PARTNERSHIP FLORES-DOE; JANE DOE,

Defendants.

_____

On appeal from the U.S. District Court for the District of Puerto Rico
Case No. 3:22-cv-01341-WGY (Hon. William G. Young)

_____

<u>Defendants-Appellees' Motion for Extension of Time to File Brief for Appellees</u>

1. Defendants-Appellees, through their respective undersigned attorneys, respectfully move the Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, to grant an extension of time, until December 27, 2023, to file their brief.

2. Plaintiffs-Appellants filed their brief on November 6, 2023. According to Rule 31(a)(1) the appellees have until December 6, 2023, to file their brief.

3. However, Atty. Cáceres Cardona will be handling a civil trial in the matter <u>ACG, Inc. v. MCL Logistics, Corp.</u>, SJ2019CV08133 in the Bayamón Superior Court between December 5, 2023 until December 20, 2023; Atty. Colón Ramírez will be out of Puerto Rico from December 7 to December 13, 2023 on other matters; and Atty Marxuach-Fagot will be handling an evidentiary hearing on December 7th, 2023 in the matter of <u>Solá Pérez v. Fossas</u> AB2023CV00150 in Caguas Superior Court and a trial in the matter of <u>Asociación de Vecinos v. Sucn. Rolando Rivera</u> GB2023CV01046 on December 15th, 2023, in Bayamón Superior Court.

4. The time extension requested is for good cause and will allow the appearing counsels to manage competing obligations in other matters that have deadlines that coincide and/or prevent the completion of the response brief in a responsible manner.

5. The competing obligations make it extremely challenging for the appearing parties' counsels to complete the response brief.

**WHEREOF**, Defendants-Appellees respectfully request that the Court grant their motion for an extension of time, until December 29, 2023.

Respectfully submitted on December 4, 2023.

**S/ JOSÉ F. CÁCERES CARDONA**
JOSÉ F. CÁCERES CARDONA
FIRST CIRCUIT NO.: 1177088
E-mail: jfcaceres@caceresllc.com
**CÁCERES LAW OFFICES, LLC**
PO Box 363071
San Juan, PR 00936-3071
Tel: 787-919-0089
*Attorney for Juan A. Flores, in his personal capacity*

**S/FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ
FIRST CIRCUIT BAR NO.: 34117
E-mail: fecolon@colonramirez.com
**COLÓN RAMÍREZ LLC**
Street: 1225 Ponce de León Ave.
VIG Tower Suite 1503
San Juan, PR 00907-3953
Postal: PO Box 361920
San Juan, PR 00936-1920
Tel. 888-760-1077
*Attorney for Defendant – Appellee Liga de Béisbol Profesional de Puerto Rico, Inc.*

**S/ JOSÉ M. MARXUACH**
JOSÉ M. MARXUACH
FIRST CIRCUIT BAR NO.: 70814
E-mail: marxuachgroup@gmail.com
**MARXUACH LLC**
PMB 683
1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966
Tel. 787-638-3824
*Attorney for Defendants – Appellees Leones de Ponce CF, Inc., RA12, Inc., Criollos Management, Inc., Indios de Mayaguez Baseball Club, Inc.*

3

## Corporate Disclosure Statement

Pursuant to Fed. R. App. P. 26.1, Appellees make the following disclosure:

1. Defendant - Appellee Liga de Béisbol Profesional de Puerto Rico, Inc., is non-profit corporation and therefore has not issued any shares to the public nor does it have any parent, subsidiary or affiliate companies who are publicly traded.

2. Defendants – Appellees Leones de Ponce CF, Inc., RA12, Inc., Criollos Management, Inc., and Indios de Mayaguez Baseball Club, Inc. have not issued any shares to the public nor do they have any parent, subsidiary or affiliate companies who are publicly traded.

3. To defendants' knowledge, there is no publicly held corporation which is not a party to the proceeding before this Court who would have a financial interest in the outcome of the proceeding.

4. Defendant - Appellee Juan A. Flores Galarza is a natural person who has not issued any shares to the public and as a natural person does not have any parent, subsidiary or affiliate companies.

December 4,2023.

**S/ JOSÉ F. CÁCERES CARDONA**
**S/FRANCISCO E. COLÓN-RAMÍREZ**
**S/ JOSÉ M. MARXUACH**