No. 23-1589

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

CANGREJEROS DE SANTURCE BASEBALL CLUB, LLC; SANTURCE MERCHANDISING LLC; THOMAS J. AXON,

Plaintiffs–Appellants,

v.

LIGA DE BÉISBOL PROFESIONAL DE PUERTO RICO, INC.; CRIOLLOS MANAGEMENT, INC.; RA12, INC.; INDIOS DE MAYAGÜEZ BASEBALL CLUB INC.; GIGANTES DE CAROLINA BASEBALL CLUB INC.; LEONES DE PONCE CF INC.; JUAN A. FLORES GALARZA, in his official and personal capacity; IMPULSE SPORTS ENTERTAINMENT CORPORATION,

Defendants–Appellees.

_____

On Appeal from the United States District Court of Puerto Rico
Case No. 3:22-cv-01341-WGY

_____

**APPELLANTS' MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellants move for an extension of 14 days to file their reply brief, to and including February 2, 2024.

Appellees filed their response brief on December 29, 2023. Appellants' reply brief is currently due January 19, 2024. *See* Fed. R. App. P. 31(a)(1). This is Appellants' first request for an extension of this briefing deadline. The extension will not prejudice any party and is not sought for the purpose of delay.

Rather, there is good cause to extend this deadline. *See* Fed. R. App. P. 26(b). Between now and the current deadline, counsel for Appellants have pre-set travel and competing commitments in other matters, including the following:

- **Jeffrey Kessler** represents the NFL Players Association in the AAA arbitration matter *Panini America, Inc. v. Nat'l Football League Players Inc.* (AAA No. 01-23-0003-7163), where a brief is due to the arbitration panel on January 4. He also has brief in opposition to a motion to amend the complaint due on January 9 on behalf of the defendants in *Hu Honua Bioenergy, LLC v. Hawaiian Electric Industries, Inc.* (D. Haw. No.1:16-cv-00634-JMS-KJM).

- **Jeffrey Amato** will be away on pre-scheduled travel from January 11–16.

- **Lauren Gailey** is counsel for petitioners Macquarie Infrastructure Corp. and the individual defendants in the Supreme Court merits case *Macquarie Infrastructure Corp. v. Moab Partners, L.P.* (U.S. No. 22-1165). The reply brief is due January 5, and the case is set for argument on January 16.

- **Carlos A. Rodriguez Vidal** is traveling through January 5. He also serves as special master in *Consejo de Titulares del Condominio Terrazas de Parque Escorial v. MAPFRE PRAICO Insurance Co.* (P.R. Ct. of First Instance, Carolina Super. Ct., No. CA2019CV03423 (404)), in which he must prepare for and preside over hearings to be held on January 12 and January 19.

Counsel for Appellants sought Appellees' assent to or position on the relief sought in this motion and have not received a response.

For the reasons stated above, Appellants request that the Court grant this motion and extend the time to file their reply brief to February 2, 2024.

January 3, 2024

Respectfully submitted,

/s/ *Jeffrey L. Kessler*

Lauren Gailey
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, DC 20036
T: (202) 282-5000
F: (202) 282-5100

Carlos A. Rodriguez-Vidal
**GOLDMAN ANTONETTI
 & CORDOVA, LLC**
P.O. Box 70364
San Juan, Puerto Rico 00936
T: (787) 759-4117
F: (787) 767-9333
Crodriguez-vidal@gaclaw.com

Jeffrey L. Kessler
Jeffrey J. Amato
Lauren E. Duxstad
Robert S. Pannullo
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
T: (212) 294-6700
F: (212) 294-4700
JKessler@winston.com

*Counsel for Plaintiffs–Appellants Cangrejeros de Santurce Baseball Club, LLC, Santurce Merchandising LLC, and Thomas J. Axon*

## CERTIFICATE OF COMPLIANCE

This motion complies with the length limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 355 words.

Dated:     January 3, 2024                     <u>/s/ Jeffrey L. Kessler          </u>
                                               Jeffrey L. Kessler