No. 23-1589

―――――――――――――――――――――

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

―――――――――――――――――――――

CANGREJEROS DE SANTURCE BASEBALL CLUB, LLC;
SANTURCE MERCHANDISING LLC; THOMAS J. AXON,

Plaintiffs-Appellants,

v.

LIGA DE BÉISBOL PROFESIONAL DE PUERTO RICO, INC.;
CRIOLLOS MANAGEMENT, INC.; RA12, INC.; INDIOS DE
MAYAGÜEZ BASEBALL CLUB INC.; GIGANTES DE CAROLINA
BASEBALL CLUB INC.; LEONES DE PONCE CF INC.;

JUAN A. FLORES GALARZA, in his official and personal capacity.

IMPULSE SPORTS ENTERTAINMENT CORPORATION,

Defendants-Appellees,

CONJUGAL PARTNERSHIP FLORES-DOE; JANE DOE,

Defendants.

―――――――――――――――――――――

On appeal from the U.S. District Court for the District of Puerto Rico

Case No. 3:22-cv-01341-WGY (Hon. William G. Young)

―――――――――――――――――――――

# MOTION FOR RECONSIDERATION

TO THE HONORABLE COURT:

Comes now Attorney Jose M. Marxuach Fagot and very respectfully states and prays as follows:

1. This morning the undersigned attorney filed a Motion Requesting Leave to Be Excused from the Oral Argument hearing in the present case to be held at the Jose V. Toledo Courthouse in San Juan, Puerto Rico, on October 31st, 2024.

2. In discussions amongst all named defendants-appellees and their respective attorneys it was agreed that Attorney Francisco Colón Ramírez would be the only attorney speaking on behalf of all defendants-appellees.

3. On Monday October 21st, 2024, the undersigned received an e-mail form Mr. Daniel J. Toomey, Calendar Clerk for the US Court of Appeals for the First Circuit, wherein co-counsels Colón Ramírez and Cáceres Cardona were copied that stated:

> "I note that Attorney Colón Ramírez and Attorney Cáceres-Cardona have filed designation forms while Attorney Jose M. Marxuach-Fagot. Will Attorney Marxuach-Fagot be attending oral argument? If he is attending without speaking at oral

argument, he need not file a designation form. If he is speaking, he would need to file one at the first opportunity. I realize that there was only a single appellee brief filed, but different attorneys represent different entities on that brief, and I want to be sure I understand the organization of the argument.

Please confer to determine how the argument time will be divided, and also the order in which you would like to speak. If only one (or more) speaker will present with others ceding their time, please tell me that as well … Please provide me with this information, by response to this email, no later than 12:00 p.m. on Tuesday, October 22, 2024, although earlier is helpful.  After that time, the Court will determine how to proceed. Contact information is provided below."

4. The following morning the undersigned sent an e-mail to Mr. Toomey explaining why I had not filed a designation form given that Attorney Francisco Colón Ramírez would be the only attorney speaking on behalf of all defendants-appellees I would not attending the oral argument.

5. Mr. Toomey very courteously responded via email stating: "[t]hank you for letting me know, Attorney Marxuach. I ask that you please *file a motion at your earliest convenience requesting leave to be*

*excused from court, so that the judges are aware that you will not be present.*" As Mr. Toomey advised, I filed the motion for leave first thing this morning.

6. The undersigned hereby requests to be excused from the hearing. Should this Court rule that our appearance in required, we then request that the Court takes notice that Attorney Francisco Colón Ramírez has been entrusted with arguing the case on behalf of all defendants-appellees.

Wherefore, the undersigned attorney respectfully requests:

1. That this Court reconsiders the previous order denying the undersigned leave to appear tomorrow for the oral argument in this case and grants said motion.
2. That this Court grant any such other relief this Court deems just, equitable and proper.

RESPECTFULLY SUBMITTED,


*s/Jose M. Marxuach-Fagot*
MARXUACH LLC
PMB 683, 1353 Ave. Luis Vigoreaux
Guaynabo, PR  00966
(202) 282-5000
marxuachgroup@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I filed this motion via the Court's ECF filing system, which sent an electronic notice to all counsel of record.

/s/ *Jose M. Marxuach Fagot*
Jose M. Marxuach Fagot