# United States Court of Appeals
## For the First Circuit

No. 23-1589

CANGREJEROS DE SANTURCE BASEBALL CLUB, LLC; SANTURCE MERCHANDISING LLC; THOMAS J. AXON,

Plaintiffs, Appellants,

v.

LIGA DE BÉISBOL PROFESIONAL DE PUERTO RICO, INC.; CRIOLLOS MANAGEMENT, INC.; RA12, INC.; INDIOS DE MAYAGÜEZ BASEBALL CLUB INC.; GIGANTES DE CAROLINA BASEBALL CLUB INC.; LEONES DE PONCE CF INC.; JUAN A. FLORES GALARZA, in his official and personal capacity; IMPULSE SPORTS ENTERTAINMENT CORPORATION,

Defendants, Appellees,

CONJUGAL PARTNERSHIP FLORES-DOE; JANE DOE,

Defendants.

**JUDGMENT**
Entered: July 21, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's grant of the motion to dismiss with regard to the federal antitrust claims is affirmed; the grant of the motion to dismiss with regard to the claims brought under Puerto Rico's antitrust and fair competition laws is vacated; and the grant of the motion to dismiss with regard to the claim brought under the federal civil rights statute and the dismissal of the remaining claim brought under Puerto Rico law are reversed. The case is remanded for further proceedings consistent with the opinion issued this day. The parties shall bear their own costs.

By the Court:
Anastasia Dubrovsky, Clerk

cc: Hon. William G. Young, Ada Garcia-Rivera, Clerk, United States District Court for the District of Puerto Rico, Carlos A. Rodríguez-Vidal, Miguel Simonet Sierra, Fernando J. Gierbolini-González, Jeffrey L. Kessler, Richard James Schell-Gonzalez, Jeffrey J. Amato, Lauren E.

Duxstad, Robert S. Pannullo, Francisco E. Colon-Ramirez, José M. Marxuach-Fagot, José Francesco Cáceres-Cardona